[No. 30565-4-I.   Division One.   July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE B. RIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05277-4, Faith Enyeart Ireland, J., entered April 16, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ.

[No. 31571-4-I.   Division One.   July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHEDRICK ROMELL DYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01427-7, Deborah Fleck, J., entered September 21, 1992. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Kennedy and Cox, JJ.

[No. 32306-7-I.   Division One.   July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS LEE FLETCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00623-0, Gerald L. Knight, J., entered February 2, 1993. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Agid and Ellington, JJ.